IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Jeanina Lu Plummer, | ) | C/A No. 3:14-2880-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| A&E Management Group LLC, *doing business* | ) | |
| *as* Little Caesars, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  This is a civil action filed by a *pro se* litigant brought pursuant to the Americans with Disabilities Act, 42 U.S.C § 12101 et seq. Under Local Civil Rule 73.02(B)(2) DSC, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

  Plaintiff has filed a motion seeking to amend the Complaint to add a claim under the Family Medical Leave Act, 29 U.S.C. §§ 2601 et seq. (ECF No. 28 at 1.) In its response, the defendant does not oppose such amendment, but objects to the motion's inclusion of large portions of the defendant's Answer which Plaintiff has "retyped . . . with errors and mischaracterizations." (ECF No. 30 at 1-2.) The court agrees that, to the extent Plaintiff intended to file her motion to amend as the Amended Complaint in this case, the pleading contains an unnecessary reiteration of the defendant's Answer, which Plaintiff should strike in the interest of judicial economy.

  Accordingly, Plaintiff's motion to amend (ECF No. 28) is granted and Plaintiff is directed to submit an Amended Complaint that complies with Rule 8 of the Federal Rules of Civil Procedure to the Clerk of Court within fourteen (14) days from the date of this order (plus three days for mail time).

  **IT IS SO ORDERED**.

                           _____
                           Paige J. Gossett
                           UNITED STATES MAGISTRATE JUDGE

February 17, 2015
Columbia, South Carolina